# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00080-CV

### K. A. V., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-000880, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant K.A.V. filed her notice of appeal on February 6, 2019. The appellate record was complete February 20, 2019, making appellant's brief due March 12, 2019. On March 26, 2019, this Court ordered Harry Wade Deckard to file appellant's brief no later than April 10, 2019. A supplemental clerk's record containing a March 27, 2019 order appointing John Sigman as counsel of record was received in this Court on April 11, 2019.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than April 29, 2019. If

the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on April 12, 2019.


Before Chief Justice Rose, Justices Kelly and Smith